# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1158

_____

Kathy Lee Blake,

        Appellant,

v.

Tyson Foods, Inc.,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the Western
\*   District of Missouri.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: December 30, 2009
Filed: January 7, 2010

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

      Kathy Blake appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action.  After reviewing the record de novo, and viewing it in the light most favorable to Blake, see Didier v. Schwan Food Co., 465 F.3d 838, 841 (8th Cir. 2006) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court.  Accordingly, we affirm.  See 8th Cir. R. 47B.

---

[1]The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).